```
            IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                   FAYETTEVILLE DIVISION
```

**UNITED STATES OF AMERICA**                                              **PLAINTIFF**

      v.              Case No. 11-50066

**DARIN M. ETHERTON**                                                    **DEFENDANT**

### O R D E R

Now on this 21st day of July, 2011, comes on for consideration the government's **Motion to Dismiss** (Doc. 22).  The Court, being well and sufficiently advised, finds that said motion should be granted.

**IT IS THEREFORE ORDERED** that the government's **Motion to Dismiss** (Doc. 22) is hereby **granted** and this case is hereby **dismissed without prejudice.**

IT IS SO ORDERED.

                                                  **/s/ Jimm Larry Hendren**
                                                  **JIMM LARRY HENDREN**
                                                  **UNITED STATES DISTRICT COURT**